# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:15CR65-LG-RHW

GREGORY P. WARREN a/k/a GREG WARREN

## VERDICT FORM FOR GREGORY P. WARREN

**Count 1: Conspiracy to Commit Mail Fraud, Wire Fraud, Identity Theft, or Aggravated Identity Theft**

1. We the jury unanimously find the defendant GREGORY P. WARREN

    __✓__ GUILTY beyond a reasonable doubt      _____ NOT GUILTY

of conspiracy to commit mail fraud, wire fraud, identity theft, or aggravated identity theft as alleged in Count 1 of the indictment.

**Count 2: Mail Fraud**

2. We the jury unanimously find the defendant GREGORY P. WARREN

    __✓__ GUILTY beyond a reasonable doubt      _____ NOT GUILTY

of mail fraud as alleged in Count 2.

**Count 3: Mail Fraud**

3. We the jury unanimously find the defendant GREGORY P. WARREN

    __✓__ GUILTY beyond a reasonable doubt      _____ NOT GUILTY

of mail fraud as alleged in Count 3.

**Count 4: Mail Fraud**

4. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of mail fraud as alleged in Count 4.

**Count 5: Mail Fraud**

5. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of mail fraud as alleged in Count 5.

**Count 6: Mail Fraud**

6. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of mail fraud as alleged in Count 6.

**Count 7: Mail Fraud**

7. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of mail fraud as alleged in Count 7.

**Count 8: Mail Fraud**

8. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of mail fraud as alleged in Count 8.

**Count 9: Mail Fraud**

9.  We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt  ____ NOT GUILTY

of mail fraud as alleged in Count 9.

**Count 10: Mail Fraud**

10. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt  ____ NOT GUILTY

of mail fraud as alleged in Count 10.

**Count 11: Mail Fraud**

11. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt  ____ NOT GUILTY

of mail fraud as alleged in Count 11.

**Count 12: Mail Fraud**

12. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt  ____ NOT GUILTY

of mail fraud as alleged in Count 12.

**Count 13: Mail Fraud**

13. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt  ____ NOT GUILTY

of mail fraud as alleged in Count 13.

**Count 14: Mail Fraud**

14.   We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt       ____ NOT GUILTY

of mail fraud as alleged in Count 14.

**Count 15: Mail Fraud**

15.   We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt       ____ NOT GUILTY

of mail fraud as alleged in Count 15.

**Count 17: Wire Fraud**

17.   We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt       ____ NOT GUILTY

of wire fraud as alleged in Count 17.

**Count 18: Wire Fraud**

18.   We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt       ____ NOT GUILTY

of wire fraud as alleged in Count 18.

**Count 19: Wire Fraud**

19.   We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt       ____ NOT GUILTY

of wire fraud as alleged in Count 19.

**Count 20: Wire Fraud**

20.  We the jury unanimously find the defendant GREGORY P. WARREN

 ✔ GUILTY beyond a reasonable doubt     ___ NOT GUILTY

of wire fraud as alleged in Count 20.

**Count 21: Wire Fraud**

21.  We the jury unanimously find the defendant GREGORY P. WARREN

 ✔ GUILTY beyond a reasonable doubt     ___ NOT GUILTY

of wire fraud as alleged in Count 21.

**Count 22: Identity Theft**

22.  We the jury unanimously find the defendant GREGORY P. WARREN

 ✔ GUILTY beyond a reasonable doubt     ___ NOT GUILTY

of identity theft as alleged in Count 22 related to Nga Nguyen.

**Count 23: Identity Theft**

23.  We the jury unanimously find the defendant GREGORY P. WARREN

 ✔ GUILTY beyond a reasonable doubt     ___ NOT GUILTY

of identity theft as alleged in Count 23 related to Tan Pham.

**Count 24: Identity Theft**

24.  We the jury unanimously find the defendant GREGORY P. WARREN

 ✔ GUILTY beyond a reasonable doubt     ___ NOT GUILTY

of identity theft as alleged in Count 24 related to Cu Dong.

**Count 25: Identity Theft**

25. We the jury unanimously find the defendant GREGORY P. WARREN

    ✔ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of identity theft as alleged in Count 25 related to Leng Tang.

**Count 27: Identity Theft**

27. We the jury unanimously find the defendant GREGORY P. WARREN

    ✔ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of identity theft as alleged in Count 27 related to Hue Nguyen.

**Count 28: Identity Theft**

28. We the jury unanimously find the defendant GREGORY P. WARREN

    ✔ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of identity theft as alleged in Count 28 related to Tan Nguyen.

**Count 31: Identity Theft**

31. We the jury unanimously find the defendant GREGORY P. WARREN

    ✔ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of identity theft as alleged in Count 31 related to Nghia Hoang.

**Count 32: Identity Theft**

32. We the jury unanimously find the defendant GREGORY P. WARREN

    ✔ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of identity theft as alleged in Count 32 related to Hang Hoang.

**Count 33: Identity Theft**

33. We the jury unanimously find the defendant GREGORY P. WARREN

 ✔ GUILTY beyond a reasonable doubt ___ NOT GUILTY

of identity theft as alleged in Count 33 related to Peter Ho.

**Count 34: Identity Theft**

34. We the jury unanimously find the defendant GREGORY P. WARREN

 ✔ GUILTY beyond a reasonable doubt ___ NOT GUILTY

of identity theft as alleged in Count 34 related to Be Huynh.

**Count 35: Identity Theft**

35. We the jury unanimously find the defendant GREGORY P. WARREN

 ✔ GUILTY beyond a reasonable doubt ___ NOT GUILTY

of identity theft as alleged in Count 35 related to Chi Nguyen.

**Count 37: Identity Theft**

37. We the jury unanimously find the defendant GREGORY P. WARREN

 ✔ GUILTY beyond a reasonable doubt ___ NOT GUILTY

of identity theft as alleged in Count 37 related to Cindy Tran.

**Count 38: Identity Theft**

38. We the jury unanimously find the defendant GREGORY P. WARREN

 ✔ GUILTY beyond a reasonable doubt ___ NOT GUILTY

of identity theft as alleged in Count 38 related to Vu Hoang.

**Count 39: Identity Theft**

39. We the jury unanimously find the defendant GREGORY P. WARREN

	✓ GUILTY beyond a reasonable doubt ____ NOT GUILTY

of identity theft as alleged in Count 39 related to Mary Luckett.

**Count 40: Identity Theft**

40. We the jury unanimously find the defendant GREGORY P. WARREN

	✓ GUILTY beyond a reasonable doubt ____ NOT GUILTY

of identity theft as alleged in Count 40 related to Hung Nguyen.

**Count 41: Identity Theft**

41. We the jury unanimously find the defendant GREGORY P. WARREN

	✓ GUILTY beyond a reasonable doubt ____ NOT GUILTY

of identity theft as alleged in Count 41 related to Mary Quave.

**Count 42: Identity Theft**

42. We the jury unanimously find the defendant GREGORY P. WARREN

	✓ GUILTY beyond a reasonable doubt ____ NOT GUILTY

of identity theft as alleged in Count 42 related to Maria Vu.

**Count 43: Identity Theft**

43. We the jury unanimously find the defendant GREGORY P. WARREN

	✓ GUILTY beyond a reasonable doubt ____ NOT GUILTY

of identity theft as alleged in Count 43 related to Kim Nguyen.

**Count 44: Identity Theft**

44. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt ____ NOT GUILTY

of identity theft as alleged in Count 44 related to Van Nguyen.

**Count 45: Identity Theft**

45. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt ____ NOT GUILTY

of identity theft as alleged in Count 45 related to Kiet Nguyen.

**Count 46: Identity Theft**

46. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt ____ NOT GUILTY

of identity theft as alleged in Count 46 related to Quyen Vo.

**Count 47: Identity Theft**

47. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt ____ NOT GUILTY

of identity theft as alleged in Count 47 related to Roger Nguyen.

**Count 48: Identity Theft**

48. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt ____ NOT GUILTY

of identity theft as alleged in Count 48 related to Anna Do.

**Count 49: Identity Theft**

49.   We the jury unanimously find the defendant GREGORY P. WARREN

     ✓ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of identity theft as alleged in Count 49 related to Nga Nguyen.

**Count 53: Identity Theft**

53.   We the jury unanimously find the defendant GREGORY P. WARREN

     ✓ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of identity theft as alleged in Count 53 related to Mary Quave.

**Count 55: Identity Theft**

55.   We the jury unanimously find the defendant GREGORY P. WARREN

     ✓ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of identity theft as alleged in Count 55 related to Tan Nguyen.

**Count 74: Aggravated Identity Theft**

74.   We the jury unanimously find the defendant GREGORY P. WARREN

     ✓ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of aggravated identity theft as alleged in Count 74 related to Tan Pham.

**Count 75: Aggravated Identity Theft**

75.   We the jury unanimously find the defendant GREGORY P. WARREN

     ✓ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of aggravated identity theft as alleged in Count 75 related to Cu Dong.

**Count 76: Aggravated Identity Theft**

76.  We the jury unanimously find the defendant GREGORY P. WARREN

        ✔ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of aggravated identity theft as alleged in Count 76 related to Leng Tang.

**Count 77: Aggravated Identity Theft**

77.  We the jury unanimously find the defendant GREGORY P. WARREN

        ✔ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of aggravated identity theft as alleged in Count 77 related to Hue Nguyen.

**Count 79: Aggravated Identity Theft**

79.  We the jury unanimously find the defendant GREGORY P. WARREN

        ✔ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of aggravated identity theft as alleged in Count 79 related to Nghia Hoang.

**Count 80: Aggravated Identity Theft**

80.  We the jury unanimously find the defendant GREGORY P. WARREN

        ✔ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of aggravated identity theft as alleged in Count 80 related to Maria Vu.

**Count 81: Aggravated Identity Theft**

81.  We the jury unanimously find the defendant GREGORY P. WARREN

        ✔ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of aggravated identity theft as alleged in Count 81 related to Kim Nguyen.

**Count 82: Aggravated Identity Theft**

82. We the jury unanimously find the defendant GREGORY P. WARREN

   ✔ GUILTY beyond a reasonable doubt    ___ NOT GUILTY

of aggravated identity theft as alleged in Count 82 related to Van Nguyen.

**Count 83: Aggravated Identity Theft**

83. We the jury unanimously find the defendant GREGORY P. WARREN

   ✔ GUILTY beyond a reasonable doubt    ___ NOT GUILTY

of aggravated identity theft as alleged in Count 83 related to Hang Hoang.

**Count 84: Aggravated Identity Theft**

84. We the jury unanimously find the defendant GREGORY P. WARREN

   ✔ GUILTY beyond a reasonable doubt    ___ NOT GUILTY

of aggravated identity theft as alleged in Count 84 related to Kiet Nguyen.

**Count 85: Aggravated Identity Theft**

85. We the jury unanimously find the defendant GREGORY P. WARREN

   ✔ GUILTY beyond a reasonable doubt    ___ NOT GUILTY

of aggravated identity theft as alleged in Count 85 related to Quyen Vo.

**Count 86: Aggravated Identity Theft**

86. We the jury unanimously find the defendant GREGORY P. WARREN

   ✔ GUILTY beyond a reasonable doubt    ___ NOT GUILTY

of aggravated identity theft as alleged in Count 86 related to Roger Nguyen.

**Count 87: Aggravated Identity Theft**

87. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt    ____ NOT GUILTY

of aggravated identity theft as alleged in Count 87 related to Peter Ho.

**Count 88: Aggravated Identity Theft**

88. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt    ____ NOT GUILTY

of aggravated identity theft as alleged in Count 88 related to Be Huynh.

**Count 89: Aggravated Identity Theft**

89. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt    ____ NOT GUILTY

of aggravated identity theft as alleged in Count 89 related to Chi Nguyen.

**Count 91: Aggravated Identity Theft**

91. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt    ____ NOT GUILTY

of aggravated identity theft as alleged in Count 91 related to Cindy Tran.

**Count 92: Aggravated Identity Theft**

92. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt    ____ NOT GUILTY

of aggravated identity theft as alleged in Count 92 related to Vu Hoang.

**Count 93: Aggravated Identity Theft**

93. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of aggravated identity theft as alleged in Count 93 related to Mary Luckett.

**Count 94: Aggravated Identity Theft**

94. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of aggravated identity theft as alleged in Count 94 related to Anna Do.

**Count 95: Aggravated Identity Theft**

95. We the jury unanimously find the defendant GREGORY P. WARREN

    ✓ GUILTY beyond a reasonable doubt      ____ NOT GUILTY

of aggravated identity theft as alleged in Count 95 to Hung Nguyen.


*Signed*:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    8/18/16
**Foreperson**                      **Date**