IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DISTRICT

UNITED STATES OF AMERICA                                                   PLAINTIFF

v.                                                                  Criminal No.: 1:15cr 65 LG-RHW-4

GREGORY P. WARREN,                                                        DEFENDANTS
et al.

**MOTION FOR RELEASE PENDING SENTENCING**

Comes now Defendant, GREGORY P. WARREN, by and through undersigned counsel and brings this motion to release MR. Warren pending his sentencing hearing and set any conditions of release the Court deems necessary. In support, the defendant states the following:

**I. Facts**

In November 2015 Greg Warren made his initial appearance on the indictment charging him with fraud in connection with claims filed against British Petroleum following the explosion on the Deepwater Horizon oil rig. The Court released Mr. Warren on an unsecured bond and conditions of release pending trial.

After a five-week trial, on August 18, 2016, Greg Warren was found guilty and remanded to the custody of the US Marshals. Sentencing is set for November 22, 2016.

Mr. Warren has remained free on unsecured bond since his initial appearance. He has complied with all conditions set by the court and has had no issues arise during supervision. He is a business owner in Lafayette, LA, and the founding pastor of the New Life Church in Hammond, LA. He is rooted in the Lafayette, LA, community with ill family members who rely on him for financial and physical support, a wife who relies on him, a daughter who is in college, and a house that he owns. Mr. Warren is not a flight risk.

## II. Law and Analysis

18 U.S.C. 3143(a)(1) states,

> the judicial officer shall order that a person who has been found guilty of an offense and who is awaiting imposition or execution of sentence [...] be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c). If the judicial officer makes such a finding, such judicial officer shall order the release of the person in accordance with section 3142(b) or (c).

Mr. Warren is neither a danger to the community, nor is he a flight risk. Additionally, due to his exception circumstances, Mr. Warren respectfully requests the Court grant him release pending the sentencing hearing with any special circumstances the Court deems necessary. Defendant requests a hearing to present the facts necessary to support the motion.

Respectfully submitted, this the 23rd day of August, 2016.

/s/ Luke D. Wilson
LUKE D. WILSON
P.O. Box 1926
Gulfport MS 39502
(228) 731-4003
(228) 205-4464
MS Bar No. 102198
luke@WilsonForTheDefense.com

***Attorney for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above instrument was served pursuant to Federal Rules by filing the same in ECF on the 23rd day of August, 2016.

/s/ Luke D. Wilson
LUKE D. WILSON
