UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 1:15CR65-LG-RHW-4

GREGORY P. WARREN

**GOVERNMENT'S RESPONSE TO**
**DEFENDANT'S MOTION FOR RELEASE PENDING SENTENCING**

COMES NOW the United States Attorney for the Southern District of Mississippi,

through his undersigned assistant and files this, the Government's response to the defendant,

Gregory P. Warren's motion for release pending sentencing:

The government does not object to the defendant's motion for release pending sentencing

if the defendant meets the requirements set forth in Section 3143(a), Title 18, United States

Code.

Respectfully submitted this the 23rd day of August 2016.

GREGORY M. DAVIS
United States Attorney

By: *Jerry L. Rushing*

Assistant United States Attorney
501 E. Court Street
Suite 4.430
Jackson, MS 39201
(601)965-4480
MS Bar#5731

## Certificate of Service

I hereby certify that on August 23, 2016, I electronically filed the foregoing with the

Clerk of the Court using the ECF system which sent notification of such filing to the Honorable

Luke D. Wilson, Attorney for Gregory P. Warren.

s/ *Jerry L. Rushing*
Assistant U.S. Attorney